**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1219

Mid-City Automotive, LLC

- - Versus - -

Louisiana Department of Public Safety

19th Judicial District Court
Case #: 653066
East Baton Rouge Parish

On Application for Rehearing filed on 05/26/2020 by Mid-City Automotive, LLC
Rehearing _____ **DENIED** _____

Toni Manning Higginbotham

Allison H. Penzato

Walter I. Lanier, III

Date **JUN 2 2 2020**

Rodd Naquin, Clerk